Bridgman Smith & Co. against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

HEALY et al., Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Anna L. Healy and others against the City of New York and others.

PER CURIAM. Order modified, by providing as a condition that defendants stipulate to be ready for trial and to try the cause when reached, and, as so modified, affirmed, without costs. See Smith & Sons Carpet Co. v. Ball, 137 App. Div. 100, 122 N. Y. Supp. 187; Heim v. New York Stock Exchange, 138 App. Div. 96, 98, 122 N. Y. Supp. 872.

HEINITZ, Respondent, v. DARMSTADT, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Saul Heinitz against Frank Darmstadt.

PER CURIAM. Judgment of the County Court of Kings county affirmed, with costs. See, also, 143 App. Div. 948, 128 N. Y. Supp. 1127.

THOMAS, J., not voting.

HELFRICH, Respondent, v. ROBERT GAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Peter Helfrich, an infant, by Jacob Helfrich, his guardian ad litem, against the Robert Gair Company. No opinion. Judgment and order unanimously affirmed, with costs.

HERKERT, Appellant, v. YAWMAN & ERBE MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Rose Herkert, as administratrix, etc., against the Yawman & Erbe Manufacturing Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 129 N. Y. Supp. 1127.

SPRING and KRUSE, JJ., dissent.

HERZOG et al., Respondents, v. TITLE GUARANTEE & TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Fanny McC. Herzog and another against the Title Guarantee & Trust Company. G. A. Strong, for appellant. R. L. Harrison, for respondents. No opinion. Motion denied. Order filed. See, also, 82 N. Y. Supp. 355; 132 N. Y. Supp. 1114.

HEWLETT, Respondent, v. KANSAS, Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Edward M. Hewlett against Andrew Kansas. No opinion. Judgment and order unanimously affirmed, with costs.

In re HEYMANN. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) In the matter of the final accounting of Henry M. Heymann, as committee of the person and estate of John Cooney, a former incompetent. No opinion. Final order of the County Court of Kings county affirmed, with costs. See, also, 142 App. Div. 942, 127 N. Y. Supp. 1124.

HICKEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 10, 1912.) Action by Elizabeth A. Hickey, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for amendment to order of reversal denied, with $10 costs. For former decision, see 140 App. Div. 938, 125 N. Y. Supp. 1123.

HIGGINS, Respondent, v. FIFTH AVE. COACH CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Margaret Higgins against the Fifth Avenue Coach Company. No opinion. Judgment and order unanimously affirmed, with costs.

HILLER, Appellant, v. HILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Geraldine Hiller, an infant, against Nita E. Hiller and another. C. B. Brophy, for appellant. C. L. Griffin, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

SCOTT, J., dissents.

HIMMELSTEIN & ARKER CO., Appellant, v. REILLY, Respondent. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) Action by the Himmelstein & Arker Company against John J. Reilly. No opinion. Motion denied, with $10 costs.

In re HINMAN. (Supreme Court, Appellate Division, Third Department. January 9, 1912.) In the matter of the application of Henry H. Hinman for the removal of Vena M. Hinman from office as administratrix of the estate of Charles N. Hinman, deceased. No opinion. Order settled. See, also, 131 N. Y. Supp. 861.

In re HINMAN. (Supreme Court, Appellate Division, Third Department. January 11, 1912.) In the matter of the application of Henry A. Hinman for the removal of Vena M. Hinman from office as administratrix of the estate of Charles N. Hinman, deceased. No opinion. Order amended, so as to provide that the application of the respondent upon the appeal for permission to file requests to find is denied. See, also, 131 N. Y. Supp. 861.

HOME TRUST CO. OF NEW YORK, Respondent, v. COLLINS et al., Appellants. (Su-